UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE PARSONS, SR.,

                              Petitioner,

                                                               DECISION AND ORDER

                                                                06-CV-6462L

                              v.

DALE ARTUS,

                              Respondent.
_____

       By letter dated April 3, 2007, petitioner requested 45 days within which to reply to the answer submitted in this habeas corpus case. That request is granted. Petitioner must file any reply on or before June 8, 2007.

       IT IS SO ORDERED.

                                                     _____
                                                       DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       April 23, 2007.